reversed and new trial ordered, with costs to appellant to abide event. Held, that the finding of the jury that the defendant was guilty of negligence which caused the accident is contrary to and against the weight of the evidence. All concurred.

John Friedman and Another, Appellants, v. John Ender and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John Friedman and Another, Appellants, v. John Ender and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Albert Taylor, Respondent, v. Erie Railroad Company and Cornelius Daly, Appellants.— Judgment and order affirmed, with costs. All concurred.

Catherine Newman, as Administratrix, etc., of Frank L. Newman, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented.

Frank G. Noetzel, Appellant, v. Martin Betsch, Respondent.— Judgment affirmed, with costs. All concurred.

John Keefe, Respondent, v. Benjamin F. Lee and George W. Lee, Appellants. — Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

S. D. Viets Company, Appellant, v. Edwin P. Rector, Respondent.— Judgment affirmed, with costs. All concurred.

Louis Burkhard, Respondent, v. The Norwich Brewing Company, Appellant.— Judgment affirmed, with costs. All concurred.

Charles Hebblethwaite, Jr., Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., not voting.

Frank T. Jones, Respondent, v. Frank O. Anderson, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

Dora Post Watts, Respondent, v. Frederick J. Franz, Appellant.— Judgment and order affirmed, with costs. All concurred.

Henry C. Burke, Appellant, v. The Owasco River Railway, Respondent.— Order affirmed, with costs. All concurred.

Albert J. Pelow, an Infant, by Lucy Pelow, His Guardian ad Litem, Respondent, v. Oil Well Supply Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented, upon the authority of *Fasani* v. *New York Central & H. R. R. R. Co.* (109 App. Div. 404).

James O. Sebring and Warren J. Cheney, Respondents, v. Harriet A. Berne-Allen, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John Tiernan, Respondent, v. Norman E. Mack, Appellant.— Order affirmed, with ten dollars costs and disbursements, without prejudice to an application by defendant, to be made at Special Term within ten days, for leave to serve answer as matter of favor upon terms. All concurred.

Sarah C. Conklin, Appellant, v. Business Men's Association of Hammondsport, New York, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented.